[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
2014 MAY -9  PM 4:39

Case Number: CR 14 00267
Defendant Number: 7
U.S.A. v. BIRGILIO FLORES
Year of Birth: 1960
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense
[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense: Ongoing
c. County in which first offense occurred: Los Angeles
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles    [ ] Ventura
[ ] Orange    [ ] Santa Barbara
[ ] Riverside    [ ] San Luis Obispo
[✓] San Bernardino    [ ] Other _____

Citation of Offense: 21 USC 846

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes
IF YES   Case Number   N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED
CASE   N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  N/A
Case Number   N/A
Charging   N/A

The complaint:   [ ] is still pending
[ ] was dismissed on:   N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name:   N/A
Phone Number:   N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*     [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number   N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on   N/A
Are there 8 or more defendants in the superseding case?
[ ] Yes*     [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [✓] Male    [ ] Female
- [✓] U.S. Citizen    [ ] Alien

Alias Name(s): _____

This defendant is charged in:   [ ] All counts
[✓] Only counts: One

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [✓] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [✓] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

<u>Defendant is **not** in custody:</u>
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   [ ] Yes   [✓] No
d. Is on bail or release from another district: N/A

<u>Defendant is **in** custody:</u>
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. [ ] Solely on this charge. Date and time of arrest: N/A
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: N/A
Date transferred to federal custody: N/A
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name