```
                                              FILED
                                        2014 MAY -9 PM 4:40
                                        CLERK U.S. DISTRICT COURT
                                        CENTRAL DIST. OF CALIF.
                                              LOS ANGELES
                                        BY:_____
```

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0610
7       Facsimile: (213) 894-0142
        E-mail:    christopher.pelham@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        No. CR CR 14 00267

13           Plaintiff,             GOVERNMENT'S NOTICE OF REQUEST FOR
                                    DETENTION
14           v.

15 BIRGILIO FLORES,

16           Defendant.

17

18      Plaintiff, United States of America, by and through its counsel
19 of record, hereby requests detention of defendant and gives notice of
20 the following material factors:
21 ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the
22         following grounds:
23    ☐  a.   present offense committed while defendant was on release
24            pending (felony trial),
25    ☐  b.   defendant is an alien not lawfully admitted for
26            permanent residence; and

27

28

|   |   |   |
|---|---|---|
| ☐ | c. | defendant is an alien not lawfully admitted for permanent residence; and |

☒ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

    ☒ a. the appearance of the defendant as required;

    ☒ b. safety of any other person and the community.

☐ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

    ☐ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

    ☐ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

☒ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

    ☒ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

    ☐ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

    ☐ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

1            2260, 2421, 2422, 2423 or 2425 (presumption of danger
2            to community and flight risk);
3  ☐  d.  defendant currently charged with an offense described
4            in paragraph 5a - 5e below, AND defendant was
5            previously convicted of an offense described in
6            paragraph 5a - 5e below (whether Federal or
7            State/local), AND that previous offense was committed
8            while defendant was on release pending trial, AND the
9            current offense was committed within five years of
10           conviction or release from prison on the above-
11           described previous conviction (presumption of danger to
12           community).
13  ☒  5.  Government Is Entitled to Detention Hearing Under § 3142(f)
14          If the Case Involves:
15  ☐  a.  a crime of violence (as defined in 18 U.S.C.
16            § 3156(a)(4)) or Federal crime of terrorism (as defined
17            in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
18            sentence is 10 years' imprisonment or more;
19  ☒  b.  an offense for which maximum sentence is life
20            imprisonment or death;
21  ☒  c.  Title 21 or MDLEA offense for which maximum sentence is
22            10 years' imprisonment or more;
23  ☐  d.  any felony if defendant has two or more convictions for
24            a crime set forth in a-c above or for an offense under
25            state or local law that would qualify under a, b, or c
26            if federal jurisdiction were present, or a combination
27            or such offenses;
28

| | | | |
|---|---|---|---|
| 1 | ☐ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| 6 | ☒ | f. | serious risk defendant will flee; |
| 7 | ☐ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| 10 | ☐ | 6. | Government requests continuance of ____ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____
_____
_____

//
//
//
//
//
//
//
//
//
//
//
//

1  ☐   7.   Good cause for continuance in excess of three days exists in
2          that:

3
4  _____
5  _____
6  _____
7  _____

8  Dated: 5/2/14                    Respectfully submitted,

9                                   ANDRÉ BIROTTE JR.
                                    United States Attorney
10
                                    ROBERT E. DUGDALE
11                                  Assistant United States Attorney
                                    Chief, Criminal Division
12
                                    /s/ Christopher K. Pelham
13                                  _____
                                    CHRISTOPHER K. PELHAM
14                                  Assistant United States Attorney

15                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
16

17
18
19
20
21
22
23
24
25
26
27
28