UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USDC – Office of the Clerk
Central District of California
312 N. Spring Street, Room G-8
Los Angeles, CA 90012

RE:       USA vs. BIRGILIO FLORES
USDC No.: 1:14-MJ-00079-SKO

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
May 16, 2014 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 6.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                              Very truly yours,

May 21, 2014                  /s/  R. Gonzalez
                              _____
                              Deputy Clerk

RECEIVED BY:   _____
               Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:        _____

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:14-mj-00079-SKO-1

Case title: USA v. Flores

Date Filed: 05/12/2014
Date Terminated: 05/23/2014

Assigned to: Magistrate Judge Sheila K. Oberto

**Defendant (1)**
**Birgilio Flores**
*TERMINATED: 05/23/2014*

represented by **Marc Days**
Federal Defender (FRS)
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5561
Fax: 559-487-5950
Email: marc_days@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA

represented by **Laurel Jackson Montoya**
United States Attorney
Fresno Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4007
Fax: (559) 497-4099
Email: laurel.j.montoya@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2014 | 1 | RULE 5 DOCUMENTS RECEIVED from Central District of California as to Birgilio Flores. (Gonzalez, R) (Entered: 05/13/2014) |
| 05/13/2014 | 2 | MINUTES (Text Only) for proceedings held before Magistrate Judge Sheila K. Oberto: INITIAL APPEARANCE re OUT OF DISTRICT WARRANT re INDICTMENT (Central District of California, Los Angeles) as to Birgilio Flores held on 5/13/2014. Appearance entered by Laural Montoya for USA, Marc Days for Birgilio Flores on behalf of defendant. Defendant advised of charges/rights; True Name stated as charged; waived further reading/advisement. Defense Counsel requested the defendant be interviewed by Pretrial Services and for time to be able to go over charging document with his client. Pretrial Services will not be able to have a report prepared before Friday. **Detention Hearing and Consideration of Rule 20 Transfer set for 5/16/2014, at 01:30 PM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin.** Defendant to remain TEMPORARILY DETAINED pending hearing. Government Counsel: L. Montoya present. Defense Counsel: M. Days (appointed) present. Pretrial Services Offier L. Serrano present. Custody Status: Custody- FULLY SHACKLED. Court Reporter/CD Number: ECRO- O. Figueroa. (Gaumnitz, R) (Entered: 05/13/2014) |
| 05/16/2014 | 4 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gary S. Austin: DETENTION HEARING as to Birgilio Flores held on 5/16/2014. Matter argued and submitted - the Court orders the defendant RELEASED on his personal recognizance on Pretrial Services conditions as noted on the record, including two third party custodians. The defendant is ordered to appear in the Central District for further proceedings no later than 6/6/2014. Government Counsel: L. Montoya present. Defense Counsel: M. Days present. Custody Status: in custody (fully shackled). Court Reporter/CD Number: ECRO/ O. Figueroa. (Martinez, A) (Entered: 05/19/2014) |
| 05/16/2014 | 5 | ORDER SETTING CONDITIONS of RELEASE as to Birgilio Flores, signed by Magistrate Judge Gary S. Austin on 05/16/14. (Gonzalez, R) (Entered: 05/20/2014) |
| 05/16/2014 | 6 | Appearance and Compliance BOND POSTED as to Birgilio Flores. (Gonzalez, R) (Entered: 05/20/2014) |
| 05/21/2014 | 7 | TRANSMITTAL of DOCUMENTS on *5/16/2014* to * USDC - Office of the Clerk* *Central District of California* *312 N. Spring Street, Room G-8* * Los Angeles, CA 90012*. *Electronic Documents: 1 to 6. *. (Gonzalez, R) (Entered: 05/21/2014) |

AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

FILED
MAY 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| BIRGILIO FLORES, | ) Case No. 1:14-mj-00079-SKO |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:   U.S. District Court, Central District of California, Los Angeles, no later than June 6, 2014

    If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of: **Evette Flores and Arthur Chavaya**

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Evette M Flores_     _Arthur Chavaya_
CUSTODIAN                         CUSTODIAN

☑ (7) The defendant shall:
☑   (a) report on a regular basis to the following agency:
   Pretrial Services and comply with their rules and regulations;
☑   (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
☑   (c) cooperate in the collection of a DNA sample;
☑   (d) reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; restrict travel to the Eastern District of California, and the Central District of California for court-related purposes only, unless otherwise approved in advance by PSO.
☑   (e) report any contact with law enforcement to your PSO within 24 hours;
☐   (f) be released to the third-party of and you shall reside at           and participate in the           as directed by program staff and Pretrial Services;
☑   (g) not associate or have any contact with: The named codefendants unless in the presence of counsel or otherwise approved in advance by the PSO;
☑   (h) maintain or actively seek employment, and provide proof thereof to the PSO, upon request;
☑   (i) refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
☑   (j) submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
☑   (k) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
☐   (l) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
☐   (m) take all medications as prescribed by a licensed medical practitioner;
☐   (n) report any prescriptions to the PSO within 48 hours of receipt;
☐   (o) surrender any passport to the Clerk, United States District Court, and obtain no passport during the pendency of this case;
☑   (p) not obtain a passport or other traveling documents during the pendency of this case;
☐   (q) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
☐   (r) post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
☐   (s) execute a bail bond with solvent sureties in the amount of $
☑   (v) Other: **Appear in the Central District of California by June 6, 2014.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

(☒) The defendant is ORDERED released after processing.

Date: 5-16-14

_____
Judicial Officer's Signature

Gary S. Austin, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11 - EDCA [Fresno])  Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,  )
)
v.  )
)  Case No. 1:14-mj-00079 SKO
Birgilio Flores  )
)
_____  )
Defendant

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I, __Birgilio Flores__ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;
( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1)  This is a personal recognizance bond.

( ☐ ) (2)  This is an unsecured bond of $ _____, with net worth of: $ _____

( ☐ ) (3)  This is a secured bond of $ _____, secured by:

    ( ☐ ) (a) $ _____, in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

_____
_____
_____

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11- EDCA [Fresno]) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 5-16-14

_____
*Defendant's signature*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: 5-16-2014

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 5-16-14

_____
Judge's signature