UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BIRGILIO FLORES,<br><br>    Defendant. | No. CR 14-267-MWF<br><br>INFORMATION RE: PRIOR CONVICTION FOR A FELONY DRUG OFFENSE FOR DEFENDANT BIRGILIO FLORES<br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Conviction] |

The United States Attorney charges:

[21 U.S.C. § 851]

Defendant BIRGILIO FLORES, prior to committing the offense alleged in Count One of the Indictment in United States v. Marcelino Arredondo-Sanchez, et al., CR No. 14-267-MWF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about January 7, 1987, in the Superior Court of the State of California, County of Kings, Case Number 8416, defendant

///
///
///

BIRGILIO FLORES was convicted of possession of controlled substances for sale, in violation of California Health and Safety Code Section 11351.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime
Drug Enforcement Task Force Section

RASHA GERGES SHIELDS
Assistant United States Attorney
Deputy Chief, Organized Crime
Drug Enforcement Task Force Section

CHRISTOPHER K. PELHAM
Assistant United States Attorney
Major Frauds Section