STEPHANIE AMES, California State Bar Number 195608
LAW OFFICE OF STEPHANIE AMES
12100 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel: (310) 739-5952
Tel: (310) 881-1289

Attorney for Defendant,
BIRGILIO FLORES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00267-MWF-7 |
| Plaintiff, | |
| v. | **ORDER RE: PRE-PLEA REPORT FOR DEFENDANT** |
| ARREDONDO-SANCHEZ, et al., | |
| BIRGILIO FLORES - 7 | The Honorable Michael W. Fitzgerald |
| Defendant. | |

For good cause shown, it is hereby ordered that the U.S. Probation Office is directed to prepare a pre-plea report concerning defendant Birgilio Flores's criminal history only, for disclosure to the parties in thirty (30) days, or sooner if possible.

IT IS SO ORDERED.

DATED: October 9, 2014

_____
THE HONORABLE MICHAEL W. FITZGERALD
United States District Judge

cc: U.S. Probation Office

-1-