STEPHANIE AMES, California State Bar Number 195608
LAW OFFICE OF STEPHANIE AMES
12100 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel: (310) 739-5952
Tel: (310) 881-1289

Attorney for Defendant,
BIRGILIO FLORES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00267-MWF-7 |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING** |
| MARCELINO ARREDONDO-SANCHEZ, et al., | The Honorable Michael W. Fitzgerald |
| BIRGILIO FLORES - 7 | Current Sentencing Date: September 21, 2015 |
| Defendant. | New Sentencing Date: October 5, 2015 |

For good cause shown, it is hereby ordered that sentencing hearing be continued from September 21, 2015 to October 5, 2015 at 2:30 p.m.

IT IS SO ORDERED.

DATED: September 10, 2015

_____
THE HONORABLE MICHAEL W. FITZGERALD
United States District Judge

cc: U.S. Probation Officer, Alexis Rodriguez