STEPHANIE AMES, California State Bar Number 195608
THE LAW OFFICE OF STEPHANIE AMES
12100 Wilshire Boulevard, Suite 800
Los Angeles California 90025
Tel: (310) 739-5952
Fax: (310) 881-1289

Attorney for Defendant
BIRGILIO FLORES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14CR00267-WMF-7 |
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING |
| MARCELINO ARREDONDO-SANCHEZ, et al., | The Honorable Michael W. Fitzgerald |
| BIRGILIO FLORES -7 | Current Sentencing Date: October 5, 2015 |
| Defendant. | Proposed Sentencing Date: October 26, 2015 |

Based upon the stipulation of the parties and good cause shown, it is hereby ordered that sentencing in this matter be continued from October 5, 2015 to October 26, 2015 at 2:30 p.m.

IT IS SO ORDERED.

DATED: September 30, 2015

_____
THE HONORABLE MICHAEL W. FITGERALD
United States District Judge

Cc: U.S. Probation Officer, Alexis Rodriguez

-1-