

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:	Chief Deputy/Fiscal

**Re:	Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: __2:14−cr−00267−MWF__
Defendant's Name: __Birgilio Flores__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/4/2016__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __2/11/2016__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__February 11, 2016__
Date

By __/s/ Jenny Lam__
Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER